**UNITED STATES of America,
Appellee,**

v.

**Joshua R. CLIFTON, Appellant.**

**No. 08–1398.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 13, 2008.

Filed: March 24, 2009.

Travis D. Poindexter, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Philip M. Koppe, Brent B. Venneman, Asst. U.S. Attys., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellee.

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Joshua Ryan Clifton pled guilty to being a felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The district court applied a "crime of violence" sentencing enhancement due to a prior Missouri conviction for auto tampering, and imposed a 120–month sentence, the statutory maximum. Clifton appeals, arguing that auto tampering does not qualify as a crime of violence under U.S.S.G. § 4B1.2. In *United States v. Williams,* 537 F.3d 969 (8th Cir.2008), this court held that auto tampering is not a crime of violence. Accordingly, this court vacates the sentence, and remands for resentencing.